Sara L. Gabin, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon, OR 97035-8651
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Terry A. Thomas

FILED 22 JUN '11 16:12 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| TERRY A. THOMAS, | Case No. 10-380-MO |
| Plaintiff, | ORDER FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| V. | |
| MICHAEL J. ASTRUE Commissioner, Social Security Administration, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney's fees in the total amount of $3,632.99 pursuant to the Equal Access to Justice Act, 28 U.S.C. 412(d), shall:

1. Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, __ U.S. __ (2010), 130 S. Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Sara L. Gabin, P.C., at Ms. Gabin's office at 4500 SW Kruse Way, Suite 100, Lake Oswego, OR 97035.

There are no costs or expenses to be paid herein.

DATED this 22 day of June, 2011.

_____
UNITED STATES ~~DISRCTIC~~ District COURT JUDGE

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

Approved by:

/s/ DAPHNE BANAY
DAPHNE BANAY
Special Assistant United States Attorney

ORDER FOR ATTORNEY FEES PURSUANT TO THE EQUAL　　　　Page 2
ACCESS TO JUSTICE ACT (EAJA)